# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSE A. CHAVEZ & ANGELA M. CHAVEZ           Case Number: 06-71754
5061 LINDEN RD. #5202            SSN-xxx-xx-5778 & xxx-xx-5927
ROCKFORD, IL  61109

Case filed on: 9/26/2006
Plan Confirmed on: 3/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,764.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,022.38 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,022.38 | 0.00 |
| 999 | JOSE A. CHAVEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK | 8,000.00 | 8,000.00 | 897.59 | 329.58 |
| 002 | SAXON MORTGAGE SERVICES INC | 89,288.54 | 0.00 | 0.00 | 0.00 |
| 003 | THE NATIONAL BANK & TRUST CO SYCAMORE | 25,478.07 | 25,478.07 | 2,888.40 | 1,219.91 |
|  | Total Secured | 122,766.61 | 33,478.07 | 3,785.99 | 1,549.49 |
| 001 | ALPINE BANK | 1,315.07 | 1,315.07 | 0.00 | 0.00 |
| 004 | AMERICAN EXPRESS CENTURION BANK | 1,205.92 | 1,205.92 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 7,002.96 | 7,002.96 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 630.92 | 630.92 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 379.34 | 379.34 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 5,119.17 | 5,119.17 | 0.00 | 0.00 |
| 009 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DISCOVER FINANCIAL SERVICES | 5,391.35 | 5,391.35 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 983.53 | 983.53 | 0.00 | 0.00 |
| 012 | KOHL'S DEPARTMENT STORE | 1,099.98 | 1,099.98 | 0.00 | 0.00 |
| 013 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 211.95 | 211.95 | 0.00 | 0.00 |
| 015 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | US ENERGY SAVINGS CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WORLD FINANCIAL NETWORK NATIONAL BANK | 234.82 | 234.82 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 282.68 | 282.68 | 0.00 | 0.00 |
| 019 | WELLS FARGO FINANCIAL | 1,100.70 | 1,100.70 | 0.00 | 0.00 |
| 020 | WELLS FARGO FINANCIAL | 5,026.35 | 5,026.35 | 0.00 | 0.00 |
| 021 | AMERICAN EXPRESS CENTURION BANK | 4,078.81 | 4,078.81 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 345.27 | 345.27 | 0.00 | 0.00 |
|  | Total Unsecured | 34,408.82 | 34,408.82 | 0.00 | 0.00 |
|  | Grand Total: | 160,175.43 | 70,886.89 | 4,808.37 | 1,549.49 |

Total Paid Claimant:    $6,357.86
Trustee Allowance:      $406.14
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007        By  /s/Heather M. Fagan